IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MAYFONK ATHLETIC, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NIKE, INC.,<br><br>    Defendant. | No. 3:14-cv-00423-MO<br><br>OPINION AND ORDER |

MOSMAN, J.,

On July 7, 2015, a claim construction hearing was held in the above-entitled patent action. At issue are claim terms appearing in U.S. Patent Numbers 8,253,586 ("586 patent") and 8,860,584 ("584 patent"). Following the hearing, I instructed the parties to provide me with additional briefing concerning the proper construction of the term "personal processing unit." In this updated Opinion and Order, I announce my constructions of the following terms:

| Claim Term | Construction |
|---|---|
| **'586 patent** | |
| "initializing by said computing unit at least one sensor device and the computing unit, wherein said step of | Providing for electrical power by the computing unit to at least one |

| | |
|---|---|
| "initializing comprises providing for the provision of electrical power" (claim 12) | sensor and the computing unit. |
| "integrated" (claim 12) | *As agreed to by the parties* |
| "conditioning into a distance measurement an electrical signal corresponding to the time delay embedded in said sensor data" (claim 12) | *Plain and ordinary meaning* |
| "tracking said distance measurement for one or more discrete time intervals as period data" (claim 12) | *Plain and ordinary meaning* |
| **'584 patent** | |
| "activity programs"/ "activity program" (claims 21 and 23) | Software loaded on the computing unit that controls sensor data acquisition in connection with a particular athletic activity. |
| "in real time" (claims 3,4,6,9,12,13,15) | Without any delay beyond the inherent transmission, processing, or storage requirements described in the Patent. |

| | |
|---|---|
| "real time transmission" (claims 9, 12) | Without any delay beyond the inherent transmission, processing, or storage requirements described in the Patent. |
| "real time automated storage" (claim 21) | Without any delay beyond the inherent transmission, processing, or storage requirements described in the Patent. |
| "specifically paired, defined by at least one of a wired serial connection and wireless bonding which enables the computing unit to authenticate the identity of the external computing device prior to communicating electrical signals therewith" (claims 3 and 12) | Specifically paired, defined by at least one of: (1) a wired serial connection, or (2) a wireless bonding which enables the computing unit to authenticate the identity of the external computing device prior to communicating electrical signals therewith. |
| "personal processing unit" (claims 21, 23, 24 and 27) | A computing device configured to receive and process athletic performance parameter sensor data. |

| | |
|---|---|
| "interactive subscriber communication" (claims 3 and 12) | *No construction necessary* |

DATED this   20th   day of August, 2015.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge